```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant/Appellant
KRISTINE BETTY PEARCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-04-0275 LKK |
| Plaintiff/Appellee, | ) (Magistrate Judge Appeal) |
| v. | ) **ORDER AFTER HEARING** |
| KRISTINE BETTY PEARCE, | ) |
| Defendant/Appellant. | ) |

After considering the briefs and argument on the above appeal, the Court hereby VACATES the judgment and sentence imposed by the magistrate judge on July 12, 2004.  This decision rests on the court's failure to carefully explain to Ms. Pearce her rights to jury trial and to trial, judgment, and sentencing before a district judge, as required by 18 U.S.C. § 3401(b).  Also see, Fed. R. Crim. P. 58(b)(2)(E) and (F); United States v. Marcyes, 557 F.2d 1361 (9th Cir. 1977).

/////

/////

1  The case is REMANDED to the magistrate judge for a new arraignment
2 at which defendant shall be carefully advised in accordance with 18
3 U.S.C. § 3401(b) and Rule 58 about her right to a jury trial and about
4 her right to trial, judgment, and sentencing before a district judge.
5  IT IS SO ORDERED.

7 Dated:  May 18, 2005                /s/Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
8                                     United States District Judge