McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KRISTINE BETTY PEARCE,<br><br>        Defendant. | CASE NO.  CR.S-04-275 LKK<br>(Magistrate Appeal)<br>CA 56/04-50018<br><br>MOTION TO DISMISS COMPLAINT AND [PROPOSED] ORDER<br><br>COURT:  Hon. Lawrence K. Karlton |

    Plaintiff United States of America hereby moves to dismiss this case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

    The defendant was convicted by Magistrate Judge Kellison on July 12, 2004 following a court trial. She promptly appealed to the district court. On May 17, 2005, this Court reversed the conviction and remanded for a new arraignment. On May 19, 2005, the government filed a notice of appeal. On September 27, 2005, the Ninth Circuit granted the government's motion to dismiss the appeal. On September 29, 2005, the district court clerk filed the Ninth Circuit's order, which is the mandate.

///

///

1

1    The next step in the process is for the clerk to effectuate
2  this Court's remand order.  However, that step is unnecessary if the
3  Court grants this motion to dismiss the complaint.
4  DATED:  October 3, 2005            McGREGOR W. SCOTT
                                      United States Attorney

7                              By:    /s/ Samantha S. Spangler
                                      Samantha S. Spangler
8                                     Assistant U.S. Attorney

10                                 ORDER
11    The Complaint in Case No. CA 56/04-50018 is hereby ordered
12  DISMISSED.
13  Dated:  October 3, 2005           /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON, Judge
14                                    United States District Court

2

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on <u>October 3, 2005</u> she served a copy of the attached:

**MOTION TO DISMISS COMPLAINT AND [PROPOSED] ORDER**

by placing said copy in the United States mail in an envelope addressed as follows:

Craig M. Kellison
United States Magistrate Judge
2986 Bechelli Lane
Redding, CA  96002

      <u>/s/ Samantha S. Spangler</u>
SAMANTHA S. SPANGLER
Assistant U.S. Attorney